**Fill in this information to identify the case:**

Debtor 1 Lianetsy Trujillo Naranjo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of FLORIDA
(State)

Case number 26-12123-CLC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC Court claim no. (if known) 12

**Last four digits** of any number you use to identify the debtor's account: XXXXXX4094

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 3/31/2026 | (5) | $ 350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 3/5/2026 | (11) | $ $175.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1 Lianetsy Trujillo Naranjo (First Name Middle Name Last Name) Case number (*if known*) 26-12123-CLC

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X *_/s/Mukta Suri_* Date 05/19/2026
Signature

Print: Mukta (First Name) Middle Name Suri (Last Name) Title Authorized Agent

Company McCalla Raymer Leibert Pierce, LLP

Address 1544 Old Alabama Road (Number Street)
Roswell (City) GA (State) 30076 (ZIP Code)

Contact phone (469) 458-2311 Email mukta.suri@mccalla.com

***If the Debtor and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation. If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 26-12123-CLC |
| Lianetsy Trujillo Naranjo | ) | **Chapter** 13 |
| | ) | |
| | ) | **JUDGE:** Corali Lopez-Castro |

# <u>EXHIBIT B</u>

## ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $175.00 |
| 03/05/2026 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $175.00 | |
| Bankruptcy/Proof of Claim Fees | | | $350.00 |
| 03/31/2026 | Preparation and Filing of Proof of Claim | $350.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$525.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | | | |
|---|---|---|---|
| | | Bankruptcy Case No.: | 26-12123-CLC |
| In Re: | | Chapter: | 13 |
| | Lianetsy Trujillo Naranjo | Judge: | Corali Lopez-Castro |

CERTIFICATE OF SERVICE

I, Mukta Suri, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lianetsy Trujillo Naranjo
9771 Haitian DR
Cutler Bay, FL 33189

Jose A Blanco *(Served via ECF at eservice@blancopa.com)*
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich *(Served via ECF at e2c8f01@ch13miami.com)*
POB 279806
Miramar, FL 33027

Office of the US Trustee *(Served via ECF at USTPRegion21.MM.ECF@usdoj.gov)*
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 05/21/2026 By: */s/Mukta Suri*
(date)
Mukta Suri
Authorized Agent for Creditor