UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Lianetsy Trujillo Naranjo                                Case No.: 26-12123-CLC
                                                                   Chapter 13

_____Debtor_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 13 | Department of the Treasury / Internal Revenue Service | $923.00 |

Basis for Objection and Recommended Disposition

On or about April 2, 2026, Department of the Treasury / Internal Revenue Service (hereinafter referred to as "Creditor") filed the above-mentioned unsecured priority claim proof of claim for the tax year 2025. Debtor already paid this liability to the Creditor. Debtor requests the claim be amended to reflect the proper liability, if any. In the alternative, the debtor requests the claim be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:                    **Jose A. Blanco, P.A.**
April 25, 2026                             By: */s/ Jose A. Blanco* | FBN: 062449
                                          Attorney for Debtor(s)
                                          102 E 49th ST
                                          Hialeah, FL 33013,
                                          Tel. (305) 349-3463
                                          E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)